2010 DEC 17  AM 10: 44

DANNY L. MILLER
CLERK
BY /s/ DEPUTY

Cause No: 10-51669NPO

CHAPTER 7

11 DEC 2010

To Whom It May Concern:

Please take note. Garcino vs Garcino, Cause No# 2005-2207 JB is a judgement of divorce which encompasses the property settlement as ordered by the Jackson County Chancery Court. This judgement was in 2008 for which monies are owed to myself from AMANDA NICEL in regards to this judgement. Under applicable present bankruptcy laws this debt should not be discharged.

Any question feel free to contact me at the below stated contact information.

Thank you sincerly,

/s/ GARCINO

Ian Garcino
13628 WOLF RIVER RD
GULFPORT, MS   39503
228 323 8134