**United States Bankruptcy Court**
**Southern District of Mississippi**

**In re:**

    **Amanda Mirene Noel**                                               **Case No. 10-51669-KMS**

                                                                                              **Chapter 7**

**Ian M. Garcino**

    *Plaintiff(s)*                                                           **Adv. Proc. No. 10-05074-KMS**

**v.**

**Amanda Mirene Noel**

    *Defendant(s)*

**NOTICE OF MISSING DOCUMENT AND FILING FEE**

To:    Ian M. Garcino

Please be advised that an Adversary Proceeding Cover Sheet *(Official Form B104) and the $250.00 filing fee* was not accompanied with the adversary complaint filed on December 17, 2010.

**YOU ARE HEREBY NOTIFIED** in order for this adversary proceeding to be administered, it is necessary that an adversary proceeding cover sheet *(Official Form B 104)* and the $250.00 filing fee be filed immediately.

An adversary proceeding cover sheet may be obtained from the Court's web site: www.mssb.uscourts.gov or from the US Courts web site: www.uscourts.gov.

**Dated:** December 20, 2010                                **Danny L. Miller, Clerk**
                                                                                            2012 15th Street, Suite 244
                                                                                            Gulfport, MS 39501
                                                                                            228-563-1814