# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

                    CASE NO.:10-51669-KMS

AMANDA MIRENE NOEL,                  CHAPTER NO.: 7

DEBTOR.

IAN M. GARCINO                            PLAINTIFF

VS.                            ADVERSARY NO.: 10-05074-KMS

AMANDA MIRENE NOEL                   DEFENDANT

## ORDER DISMISSING ADVERSARY PROCEEDING

      This day there came on for consideration the Notice dated December 20, 2010 (Dkt.#2), in the above-referenced adversary proceeding (the "Adversary"). The Court, being fully advised in the premises, finds that the Plaintiff failed to advise the Court of his intention to proceed with this Adversary. Accordingly, the Adversary should be dismissed.

      SO ORDERED,

_____
Katharine M. Samson
United States Bankruptcy Judge
Dated: January 25, 2011